IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RONALD CURTIS JOHNSON                                               PLAINTIFF

v.                         No. 6:14-CV-06066

CORIZON, LLC, et al.                                               DEFENDANTS

## ORDER

Now on this 17th day of September, 2015, there comes on for consideration the report and recommendation (Doc. 18) filed in this matter by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. No objections were filed to the report and recommendation.

The Court has reviewed the case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is ADOPTED in its entirety. Accordingly, Plaintiff's amended complaint (Doc. 6) is DISMISSED WITHOUT PREJUDICE because of Plaintiff's failure to comply with the Federal Rules of Civil Procedure, the Court's Local Rules, and the Court's order of July 13, 2015 (Doc. 17). *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). Defendants' motion to dismiss (Doc. 14) is DENIED AS MOOT.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge